No. 05-14-00724-CR

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

ROBERT JOE KIMBLE

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

From Appeal No. 05-14-00724-CR

Trial Cause No. F13-55104-T

Dallas County

## MOTION REQUESTING COURT TO SUSPEND RULES FOR REQUIRED COPIES OF (P.D.R.).

TO THE HONORABLE JUGES OF THE COURT OF CRIMINAL APPEALS: comes now, Robert Joe Kimble, Petitioner, and files this Motion to suspend the rules for the required copies of his Petition for Discretionary review. Petitioner, dose not have access to copier. WHEREFORE, Petitioner, Prays that this court grants his Motion and suspend the required copies of Petition. for Discretionary Review. in case No. 05-14-00724-CR.

Date. 8-10-2015

Robert Joe Kimble

Robert Joe Kimble
Petitioner, pro se
T.D.C.J. #1934929
3001 S. Emily drive
Beevile, Tx 78102